**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>           Plaintiff, )<br>  )<br>     v.                                          )<br>  )<br>VICTOR MANUEL MARTINEZ-TORRES, )<br>aka MARCOS MERCADO,                    )<br>aka MAX BEEKER CAZALES-FLORES, )<br>aka MANUEL ALEJANDRO RAYA-MACIAS, )<br>  )<br>           Defendant.                      ) | 2:10-CR-200-GMN (RJJ) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on September 10, 2010, defendant VICTOR MANUEL MARTINEZ-TORRES pled guilty to Counts One and Three of a Three-Count Criminal Indictment charging him in Count One with Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) and in Count Three with Illegal Alien in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(5)(A).

This Court finds defendant VICTOR MANUEL MARTINEZ-TORRES agreed to the forfeiture of property set forth in Forfeiture Allegation of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offenses to which defendant VICTOR MANUEL MARTINEZ-TORRES pled guilty.

1       The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section
2 924(d)(1) and Title 28, United States Code, Section 2461(c):
3       (a)    a .38 caliber semi-automatic pistol bearing serial number 54631-LW;
4       and
5       (b)    any and all ammunition ("property").
6       This Court finds the United States of America is now entitled to, and should, reduce the
7 aforementioned property to the possession of the United States of America.
8       NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
9 United States of America should seize the aforementioned property.
10       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
11 VICTOR MANUEL MARTINEZ-TORRES in the aforementioned property is forfeited and is vested
12 in the United States of America and shall be safely held by the United States of America until further
13 order of the Court.
14       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
15 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
16 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
17 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
18 the name and contact information for the government attorney to be served with the petition, pursuant
19 to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
20       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed
21 with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
22       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
23 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
24 following address at the time of filing:
25 . . .
26 . . .

DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this 10th day of September, 2010.

_____
Gloria M. Navarro
United States District Judge

3