```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
         COUNSEL/PARTIES OF RECORD

         MAY 2 0 2011

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VICTOR MANUEL MARTINEZ-TORRES, ) <br> a.k.a. Marcos Mercado, ) <br> a.k.a. Max Beeker Cazales-Flores, ) <br> a.k.a. Manuel Alejandro Raya-Macias. ) <br> ) <br> Defendant. ) | 2:10-CR-200-GMN (RJJ) |

**FINAL ORDER OF FORFEITURE**

On September 10, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant VICTOR MANUEL MARTINEZ-TORRES, a.k.a. Marcos Mercado, a.k.a. Max Beeker Cazales-Flores, a.k.a. Manuel Alejandro Raya-Macias to criminal offenses, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offenses to which defendant VICTOR MANUEL MARTINEZ-TORRES, a.k.a. Marcos Mercado, a.k.a. Max Beeker Cazales-Flores, a.k.a. Manuel Alejandro Raya-Macias pled guilty. #6, #34, #36.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law continually on September 16, 2010, September 23, 2010, and September 30,

2010, in the *Las Vegas Review-Journal/Sun*, notifying all known third parties of their right to petition the Court. #37.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    (a)    a .38 caliber semi-automatic pistol bearing serial number 54631-LW; and

    (b)    any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _20_ day of _May_, 2011.

_____
UNITED STATES DISTRICT JUDGE